# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DALVIN WILSON

NO. 2025 KW 0386

**JULY 28, 2025**

---

In Re:   Dalvin Wilson, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 825444.

---

**BEFORE:   THERIOT, LANIER, AND MILLER, JJ.**

    **WRIT GRANTED IN PART AND DENIED IN PART.** The district court is ordered to proceed toward disposition of relator's motion for reconsideration of sentence, filed on or about December 11, 2023, if it has not already done so.  In all other respects, relator's writ application is denied.

                       MRT
                       WIL
                       SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT